**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter ___7___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Excel Industries, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA Excel Manufacturing Inc. |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 33-0765410 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 1601 Fremont Court<br>Ontario, CA 91761-8309<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | San Bernardino<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    Excel Industries, Inc. _____    Case number (if known) _____
         Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   3399

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☒ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

Debtor    Excel Industries, Inc.                                    Case number (*if known*)  _____
         _____
         Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

          Contact name     _____

          Phone            _____

---

### ▰ Statistical and administrative information

**13. Debtor's estimation of available funds**   .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Excel Industries, Inc.                                        Case number (*if known*) _____
          _____
          Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 9, 2023
               _____
               MM / DD / YYYY

X _____          Larry D. Gilliam
  Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

X _____          Date    June 9, 2023
  Signature of attorney for debtor                       _____
                                                         MM / DD / YYYY

Howard Ehrenberg
Printed name

Greenspoon Marder LLP
Firm name

1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Number, Street, City, State & ZIP Code

Contact phone    (213) 626-2311    Email address    howard.ehrenberg@gmlaw.com

125527 CA
Bar number and State

**United States Bankruptcy Court**
**Central District of California**

In
re    Excel Industries, Inc.

Case
No.

Debtor(s)    Chapter  7

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Larry D. Gilliam, declare under penalty of perjury that I am the President of Excel Industries, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 8th day of June, 2023

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Larry D. Gilliam, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Larry D. Gilliam, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Larry D. Gilliam, President of this Corporation is authorized and directed to employ Howard M. Ehrenberg, attorney and the law firm of Greenspoon Marder LLP to represent the corporation in such bankruptcy case."

Date  June 9, 2023                    Signed   Larry D. Gilliam

Resolution of Board of Directors
of
Excel Industries, Inc.


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Larry D. Gilliam, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Larry D. Gilliam, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Larry D. Gilliam, President of this Corporation is authorized and directed to employ Howard M. Ehrenberg, attorney and the law firm of  Greenspoon Marder LLP to represent the corporation in such bankruptcy case.

Date   June 8, 2023                          Signed _____
                                                    Larry D. Gilliam

Date   June 8, 2023                          Signed _____
                                                    Kathryn J. Gilliam

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Howard M. Ehrenberg (CA Bar No. 125527)<br>Greenspoon Marder LLP<br>a Florida limited liability partnership<br>1875 Century Park East, Suite 1900<br>Ls Angeles, CA 90067<br>Telephone: (213) 626-2311  Fax: (954) 771-9264<br>Email: howard.ehrenberg@gmlaw.com | |

☒ *Attorney for:   Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    Excel Industries, Inc.<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    7<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO    FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   Larry D. Gilliam_____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

June 9, 2023

Date: _____

By: _____
Signature of Debtor, or attorney for Debtor

Name:    Excel Industries, Inc.
_____
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                **F 1007-4.CORP.OWNERSHIP.STMT**

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Ontario, California   , California.

Date:   June 9, 2023

Larry D. Gilliam
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                          **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

Debtor name    Excel Industries, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 9, 2023              x _____
                                         Signature of individual signing on behalf of debtor

                                         Larry D. Gilliam
                                         Printed name

                                         President
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Excel Industries, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $    0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................. $    694,498.53

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................... $    694,498.53

**Part 2:**    **Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    455,087.01

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    22,745.36

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$    11,832.64

4.    **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b        $    489,665.01

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Excel Industries, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | US Bank | Checking | 5826 | $63.62 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**        $63.62

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Rent Deposit held by Mosco Management Company LLC, Attn: Angelina Kirkpatrick, 98 Vista del Sol, Laguna Beach, CA 92651 | $12,337.02 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**        $12,337.02

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Excel Industries, Inc.
_____    Case number *(If known)* _____
          Name

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** 301 1/4 Hard Stainless Steel, size: .025 x 2.85 x Coll 49 lbs., 301 1/4 Hard Stainless Steel, size: .025 x 3.750 x Coll 305 lbs., Sticktit T Pastiles 5 lb wax, Virgin Wax 175 lbs., Zircon Sand 100 lbs., RG30 Sand 50 lbs, RG-70 Sand 300 lbs., SP-30 Remasol, Colloidal Sillica 45 Gallon, Ludox SK 30 Gallon, Stock Tube, Metal Impact P/N P1693, Receiver Tube, Material 6061T6 700 pcs | | $0.00 | | $4,382.89 |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** Paintless Dent Repair Tools, Hole-plugs-nylon assorted sizes, Plastic Gun Cases | | $0.00 | | $1,400.00 |
| Products Produced (Tooling) - Excel Arms, MP-22/MR-22 Accelerator Rifle and Pistol, ACCU-TEK, AT-380II + HC-380 Pistols, Excel Arms X-Series Rifles + Pistols, Misc Tooling + Die Sets, Vises, Fixtures, etc. | | $0.00 | | $285,000.00 |
| **22.** **Other inventory or supplies** | | | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor   Excel Industries, Inc.                                     Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| Miscellaneous Firearm Accessories (springs, stampings, pins, screws, grips, etc.) | | $0.00 | $8,000.00 |

**23.**   **Total of Part 5.**                                                                    $298,782.89

Add lines 19 through 22.   Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** Desks, Chairs, Wall Units, Credenza, Cabinet | $0.00 | | $500.00 |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** Phone system, Computers, Televisions | $0.00 | | $824.00 |
| **42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.**   **Total of Part 7.**                                                                    $1,324.00

Add lines 39 through 42.   Copy the total to line 86.

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Excel Industries, Inc. | Case number (If known) | |
|---|---|---|---|
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>4-slide tooling and dies, punch press dies, 4-slide<br>machine parts, cams, rams, wire straighteners,<br>tool holders, stock tube blanks for AR-15, tooling<br>for target stands (stamping dies, welding fixtures),<br>molds at HTI Plastics -accelerator rifle stock mold<br>inserts, accelerator pistol grip mold complete<br>including mold base, Extrusion Dies at Superior<br>Metal Shapes Inc. pistol rib die, rifle shroud die.<br>(Also see Attachment to Schedule A - Equipment<br>List, etc.) | $0.00 | | $381,879.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

$381,879.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Excel Industries, Inc.
        Name

Case number *(If known)* _____

|  | **Current value of debtor's interest** |
|---|---|

**71.**     **Notes receivable**
        Description (include name of obligor)

**72.**     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

**73.**     **Interests in insurance policies or annuities**

**74.**     **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**     **Trusts, equitable or future interests in property**

**77.**     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
        Refund from Mohave Electric Cooperative, Inc., Payment
        Processing Center, PO Box 52091, Phoenix, AZ
        85072-2091                 $112.00

**78.**     **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.     | $112.00 |

**79.**     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    Excel Industries, Inc.                                        Case number *(If known)* _____
_____
         Name

---

Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $63.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,337.02 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $298,782.89 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,324.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $381,879.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $112.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $694,498.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $694,498.53 |

**In re: Excel Industries, Inc.**

# ATTACHMENT TO SCHEDULE A

**Part 8 Machinery, equipment, and vehicles**

50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

(See Attached 5/9/2023 Equipment List, 5/10/2023 Misc. Racks Shelves, etc., and
5/10/2023 Show Exhibit Booth Paraphernalia)

EXCEL INDUSTRIES, INC
1601 FREMONT CT
ONTARIO, CA 91761

5/9/2023   Equipment List                                                                                      Page 1

| QUANITY | DESCRIPTION | SERIAL NUMBER | VALUE |
|---|---|---|---|
| 1 | Tannewitz, Mod GHE-36, 36" VERT. Bandsaw | 13426 | $7,000.00 |
| 1 | Mod. WP60HTT, Wax Injection Machine | A206 | $650.00 |
| 1 | Econoline Sandblaster | 92-1417 | $50.00 |
| 1 | Econoline Sandblaster | 92-1421 | $50.00 |
| 1 | Melco 3' x 4' Steel Autoclave | 1625 | $1,700.00 |
| 1 | 1994 Haas Mod. VF-0, Machine Centers 20 Position A.T.C.'S Coolant Tanks | 2809 | $10,000.00 |
| 1 | 1994 Haas Mod. VF-0, Machine Centers 20 Position A.T.C.'S Coolant Tanks | 2823 | $10,000.00 |
| 1 | 1994 Haas Mod. VF-0, Machine Centers 20 Position A.T.C.'S Coolant Tanks | 2858 | $10,000.00 |
| 1 | Inductothern Mod. VIP125-30, 125 kw Induction Heater w/power Trak & water Cooling System | 93F-18615-246-11 | $35,000.00 |
| 1 | Mobil 20' Mini Storage Container | SP000005 | $5,000.00 |
| 1 | Hyster Mod. 535XL, 3500 LB LPG Forklift | B010B1953E | $4,500.00 |
| 1 | Ingersoll-Rand Mod. S30-10. 10 H.P. Tank Mounted Air Compressor | 30T305865 | $1,000.00 |
| 1 | ingersoll-Rand 5 H.P Air Compressor | 30542164 | $1,000.00 |
| 1 | Geil 4' x 4' x 4' gas Burnout Oven | n/a | $500.00 |
| 1 | Mod. WP-60AH, Wax injection machine | 5K145DL259DF | $2,000.00 |
| 1 | Mod. WP-60AH, Wax injection machine | n/a | $2,000.00 |
| 3 | 18" x 18" x 18" Square Fluid beds | n/a | $300.00 |
| 3 | Econo Mod. 30 G, Turn Table Mixers | n/a | $1,200.00 |
| 1 | Rockwell Mod. 31-501, 6" x 48" Belt Grinder | CR6602 | $200.00 |
| 1 | IPS Mod. FC-80A Drill Presses | 80 | $100.00 |
| 1 | IPS Mod. FC-80A Drill Presses | 103 | $100.00 |
| 1 | IPS Mod. FC-80A Drill Presses | 106 | $100.00 |
| 1 | IPS Mod. FC-80A Drill Presses | 145 | $100.00 |
| 1 | IPS Mod. FC-80A Drill Presses | 110 | $100.00 |
| 1 | IPS Mod. FC-80A Drill Presses | 112 | $100.00 |
| 1 | IPS Mod. FC-80A Drill Presses | 123 | $100.00 |
| 1 | IPS Mod. FC-80A Drill Presses | 143 | $100.00 |
| 1 | IPS Mod. FC-80A Drill Presses | n/a | $100.00 |
| 1 | Covel 14" Optical Comparator | 14-849 | $500.00 |
| 1 | Benchmaster Series 150-151, Punch Press | 60979 | $1,500.00 |
| 1 | Well 9" Horiz. Band Saw | 865689 | $3,500.00 |
| 1 | Bridgeport T-Ram Vert Mill w/Power Feed | 170744 | $8,000.00 |
| 1 | Boyar-Schultz Mod. H612, 6" x 12" Manual Surface grinder w/Chucks | 26314 | $1,500.00 |
| 1 | Boyar-Schultz Mod. H612, 6" x 12" Manual Surface grinder w/Chucks | 27348 | $1,500.00 |
| 1 | Boyar-Schultz Mod. H612, 6" x 12" Manual Surface grinder w/Chucks | 25182 | $1,500.00 |
| 1 | Clark 4000 Lb L.P.G. Forklift | 637-464-111 | $2,500.00 |
| 1 | 1979 Nilson Mod 700L, 1/32" Four Slide | 106450 | $30,000.00 |
| 1 | 1980 Bliss Mod. C-60, 60 ton O.B.I. Punch Press 4" Stroke | H-69365 | $16,000.00 |
| 1 | 1985 Kent Mod KGS-1026AHD, 10" X 20" Hyd Surface Grinder | 85010601 | $5,500.00 |
| 1 | Dayton Speedaire Mod 52628-2.5 H.P. verticle Air Compressor | 040892L-240741 | $900.00 |
| 1 | Pioneer Mod. VT-315, 3 Ton Vert. Broach Machine | 1758 | $5,000.00 |
| 1 | Benchmaster Mod. 152-E, 5 Ton punch Press | 52013 | $1,500.00 |

EXCEL INDUSTRIES, INC
1601 FREMONT CT
ONTARIO, CA  91761

Case 6:23-bk-12477-MH    Doc 1    Filed 06/09/23    Entered 06/09/23 15:45:13    Desc
Main Document      Page 20 of 44

Page 2

| | | | |
|---|---|---|---|
| 1 | General 20 lb Counting Scale | 77725 | $250.00 |
| 1 | Logan Model 2557vh, 12" Lathe | n/a | $2,000.00 |
| 1 | Clinton 2 ton Punch Press | B2CGD5304 | $600.00 |
| 1 | Lift Coil Furnace | n/a | $3,500.00 |
| 1 | 4 cyl. Wax Warmer | n/a | $200.00 |
| 1 | 10 cyl. Wax Warmer | n/a | $100.00 |
| 1 | 10 Gal., Wax Melting Tank | n/a | $250.00 |
| 1 | Mod. WP-200-AS-84C, 25 gal. Wax Melting Tank | n/a | $350.00 |
| 1 | Granite Surface Plate 16" x 22" + cabinet | n/a | $150.00 |
| 1 | Burr-King 2" Belt Sander | n/a | $1,000.00 |
| 1 | Howe Platform Scale | n/a | $300.00 |
| 1 | big Joe 1500 LB Elec Dielift Truck | 317434 | $1,300.00 |
| 1 | Electric Furnace | n/a | $480.00 |
| 1 | Enerpac-H Frame Hyd Press | n/a | $2,500.00 |
| 2 | wilton Belt Sanders | n/a | $300.00 |
| 1 | Liebert Cooler | n/a | $4,500.00 |
| 1 | Nortel Phone System | n/a | $224.00 |
| 1 | Bridgeport Mod. 12/BRJ-42, 1 H.P. Vert Mill | 172248 | $4,800.00 |
| 1 | Bridgeport Mod. 12/BRJ-42, 1 H.P. Vert Mill | 97210 | $4,800.00 |
| 1 | Bridgeport Mod. 12/BRJ-42, 1 H.P. Vert Mill | 45392 | $4,800.00 |
| 1 | Bridgeport Mod. 12/BRJ-42, 1 H.P. Vert Mill | 41768 | $2,000.00 |
| 1 | Bridgeport  1 H.P. Vert Mill | 183030 | $4,800.00 |
| 1 | Bridgeport  1 H.P. Vert Mill | 175547 | $4,800.00 |
| 1 | Bridgeport  1 H.P. Vert Mill | 200840 | $4,800.00 |
| 1 | Barker Mod. PM Horiz. Hand Mill | 4547 | $500.00 |
| 1 | Barker Mod. PM Horiz. Hand Mill | 2324 | $500.00 |
| 1 | Kenco 20 Ton Punch Press | 78015 | $1,000.00 |
| 1 | Kenco 20 Ton Punch Press | 78016 | $1,000.00 |
| 1 | Warner Swasey Mod., WSC6, 6" x 8" Turning Ctr. | 3325014 | $7,500.00 |
| 1 | 1993 Mitsubishi Mod., DWC90HA., CNC Wire EDM Machine | 5309L670 | $9,000.00 |
| 1 | Rockwell Mod., Phase 11 Hardness Tester | 550 | $1,000.00 |
| 1 | Haas SL-20 cnc Turning Center, Mod. SL-20TAPL | 71055 | $26,000.00 |
| 1 | Polishing Lathe | n/a | $500.00 |
| 1 | Polishing Lathe | n/a | $500.00 |
| 1 | Granite Surface Plate + cabinet 24" x 36" | n/a | $700.00 |
| 1 | Granite Surface Plate + cabinet 24" x 36" | n/a | $700.00 |
| 1 | LNS Bar Feed (For CNC Lathe) | n/a | $1,200.00 |
| 1 | McKenna Boiler 25HP | 6874 | $2,500.00 |
| 1 | Compressor 15 HP Gardner Denver Co. | 258817 | $4,000.00 |
| 1 | Almco Vibratory Tumbler Mod. OR-10VHE | 108804 | $7,000.00 |
| 1 | Sweco Vibratory Tumbler Mod., FM-10-5 | 10FM-365-3 | $3,000.00 |
| 1 | Box Vibratory /Tumber Mod-300D (C+M Cleaning Systems) | n/a | $1,200.00 |
| 1 | Goff Blaster Mod. 2  1/2 BB | 92251-50-3557 | $7,500.00 |
| 1 | Goff Dust Collector Mod., 1848-EC | 92181-50-3560 | $1,200.00 |
| 1 | Cut off Chop Saw 20" Abrasive, 20 H.P. | n/a | $1,000.00 |
| 1 | Universal Blast Cabinet, w/Dust Collector Mod. 36P-DC100 | 2392 | $4,000.00 |
| 1 | Regal Power Trol (Coil holder for  Punch Press) mod., 750-P | 66686 | $500.00 |
| 1 | ESAB Mig Welder Migmaster 300 I | ME-I524126 | $600.00 |

EXCEL INDUSTRIES, INC
1601 FREMONT CT
ONTARIO, CA  91761

Page 3

| | | | |
|---|---|---|---|
| 1 | Drill Press Stand Mod. G-14 | S/N 0474 | $200.00 |
| 1 | Hand Tapping Machine | n/a | $100.00 |
| 1 | Barker Horz Mill, Mod. AM | 836 | $700.00 |
| 1 | Die Filer Cabinet | n/a | $100.00 |
| 1 | Tapping Machine, 2 heads, Mod 500 | 358743 | $200.00 |
| 1 | Ettco Tapping Machine 4 Heads, Mod. | 1007 | $400.00 |
| 1 | Tumbler 3 barrel | n/a | $75.00 |
| 1 | Tumber 2 barrel | n/a | $50.00 |
| | | | $305,679.00 |

EXCEL INDUSTRIES, INC
1601 FREMONT CT
ONTARIO, CA  91761

05/10/2023  Misc. Racks Shelves, etc.                                                              Page 4

| | | |
|---|---|---|
| 7 | Steel Mezzanine Sets,  8' x 16' | |
| 5 | Tall Pallet Racks | |
| 3 | Medium Pallet Racks | |
| 3 | Heavy Duty Die Racks | |
| 13 | Shelves Metal | |
| 25 | Benches Metal | |
| 20 | Carts, Rolling Metal | |
| 8 | Casting Shell Racks, Rolling | |
| 12 | File Cabinets | |
| 7 | Desks | |
| 2 | Wall Units | |
| 14 | Desk Chairs | |
| | Plus Misc cabinet, stools, Tables etc. | |
| | TOTAL | 12,000.00 |

EXCEL INDUSTRIES, INC
1601 FREMONT CT
ONTARIO, CA 91761

5/10/2023          SHOW EXHIBIT BOOTH PARAPHERNALIA                    Page 5

| | | |
|---|---|---|
| 2 | Wood Crates, 20' Exhibit with Racks, 2 podiums, 1 display case | $5,000.00 |
| | Total | $5,000.00 |

**Fill in this information to identify the case:**

Debtor name  Excel Industries, Inc.

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | Department of the Treasury - IRS | | |
|---|---|---|---|

Creditor's Name
Attn C. A. Gonzalez
290 North D Street
Ontario, CA 91761-8309

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
A lien attaches to all property the Debtor currently owns and to all property the Debtor may acquire in the future.

$19,402.76          $694,498.53

**Describe the lien**
Tax Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
3/31/2018, 9/30/2018, 12/18/2018, 3/31/2019, 9/30/2022, 12/31/2022,

**Last 4 digits of account number**
5410

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Department of the Treasury - IRS
2. U. S. Small Business Administration

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Pendulum Finance | | |
|---|---|---|---|

Creditor's Name

548 Market St #35697
San Francisco, CA 94104

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Loan paid off

$0.00          $0.00

**Describe the lien**
UCC1 Financing Statement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
1/24/2020

**Last 4 digits of account number**
3371

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | Excel Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.3 | U. S. Small Business Administration | | | $435,684.25 | $694,498.53 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the UCC. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

10737 Gateway West #300
El Paso, TX 79935

Creditor's mailing address

**Describe the lien**
UCC1 Financing Statement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

COVIDEIDLSERVICING@S
BA.GOV

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
5/19/2020

**Last 4 digits of account number**
7407

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.1 | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $455,087.01 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Corporation Service Company 801 Adlai Stevenson Drive Springfield, IL 62703-4261 | Line   2.3 | 7686 |
| Kapitus Servicing, Inc. Attn Thomas Robina 2500 Wilson Blvd. #350 Arlington, VA 22201 | Line   2.2 | 3371 |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Excel Industries, Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Employment Development<br>Department<br>State of California<br>P.O. Box 989150<br>West Sacramento, CA 95798-9150 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,176.18 | $0.00 |
| Date or dates debt was incurred<br>7/1/2022 | Basis for the claim: | | |
| Last 4 digits of account number __1997__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Attn A. Escobar<br>PO Box 145595, STOP 8420G<br>Cincinnati, OH 45250-5585 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,579.81 | $0.00 |
| Date or dates debt was incurred<br>12/31/11, 12/31/13, 12/31/14,<br>06/30/02, 09/30/08, 06/30/14,<br>06/30/16 | Basis for the claim: | | |
| Last 4 digits of account number __5410__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Larry R. Grossman<br>12471 Kokomo Ct<br>Victorville, CA 92392 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,989.37 | $1,989.37 |
| Date or dates debt was incurred<br>5/232/2022, 6/9/2022, 11/24/22 | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Excel Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ADT
3140 S. Vaughn Way
Aurora, CO 80014

**Date(s) debt was incurred** 5/1/2023
**Last 4 digits of account number** 8797

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security Service
Is the claim subject to offset? ☒ No ☐ Yes

**$106.13**

**3.2** **Nonpriority creditor's name and mailing address**
Cole Publishing
P.O. Box 2707
Eagle River, WI 54521

**Date(s) debt was incurred** 5/5/2023
**Last 4 digits of account number** 0F9L

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**$1,709.90**

**3.3** **Nonpriority creditor's name and mailing address**
Corsair Electrical Connectors
17100 Murphy Avenue
Irvine, CA 92614

**Date(s) debt was incurred** 5/24/23
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Account Credit
Is the claim subject to offset? ☒ No ☐ Yes

**$1,003.55**

**3.4** **Nonpriority creditor's name and mailing address**
Federal Express
3610 Hacks Cross Road
Memphis, TN 38125

**Date(s) debt was incurred** 5/24/23
**Last 4 digits of account number** 4141

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$200.00**

**3.5** **Nonpriority creditor's name and mailing address**
Frontier
P.O. Box 740407
Cincinnati, OH 45274-0407

**Date(s) debt was incurred** 5/1/2023, 5/19/2023
**Last 4 digits of account number** 6175

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$975.93**

**3.6** **Nonpriority creditor's name and mailing address**
Johnny's Sport Shop
101 Boothe Drive
Eagle Lake, TX 77434

**Date(s) debt was incurred** 5/25/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Account Credit
Is the claim subject to offset? ☒ No ☐ Yes

**$500.00**

**3.7** **Nonpriority creditor's name and mailing address**
Ontario Municipal Utilities Company
1333 S. Bon View Avenue
Ontario, CA 91761

**Date(s) debt was incurred** 6/2/2023
**Last 4 digits of account number** 0707

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$1,892.48**

| Debtor | Excel Industries, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.85 |
|---|---|---|---|

**3.8** Nonpriority creditor's name and mailing address
San Bernardino County Fire Protection Di
157 W. 5th Street, 2nd FL
San Bernardino, CA 92415-0451

Date(s) debt was incurred  4/1/2023
Last 4 digits of account number  5315

As of the petition filing date, the claim is: *Check all that apply.*  **$797.85**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Southern California Edison
P.O. Box 300
Rosemead, CA 91772

Date(s) debt was incurred  5/10/2023
Last 4 digits of account number  6403

As of the petition filing date, the claim is: *Check all that apply.*  **$781.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756

Date(s) debt was incurred  _
Last 4 digits of account number  2656

As of the petition filing date, the claim is: *Check all that apply.*  **$15.28**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☐ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Turner's Outdoorsman
1336 Alder Avenue
Rialto, CA 92376

Date(s) debt was incurred  5/1/2023
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$346.37**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Account Credit
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
United Security Systems inc.
8757 Lanyard Court, Ste. 100
Rancho Cucamonga, CA 91730

Date(s) debt was incurred  1/1/2023, 6/1/2023
Last 4 digits of account number  2709

As of the petition filing date, the claim is: *Check all that apply.*  **$257.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
Uptime Electronics
2520 Pacific Park Dr.
Whittier, CA 90601

Date(s) debt was incurred  12/28/2022
Last 4 digits of account number  0992

As of the petition filing date, the claim is: *Check all that apply.*  **$3,246.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 22,745.36 |
| 5b. Total claims from Part 2 | 5b. + $ | 11,832.64 |

Debtor    Excel Industries, Inc.
_____    Case number (if known) _____
            Name

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.                    5c.    $ _____ 34,578.00

**Fill in this information to identify the case:**

Debtor name ___Excel Industries, Inc.___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | rental/lease agreement - 1601 Fremont Court, Ontario, CA 91761 | |
|           State the term remaining | 27 months | Mosco Management Company Attn Angelina Kirkpatrick 98 Vista Del Sol |
|     List the contract number of any government contract | _____ | Laguna Beach, CA 92651 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Excel Industries, Inc.___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | _Check all schedules that apply:_ |
| 2.1 | _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name __Excel Industries, Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $51,251.21 |
   | For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $355,363.30 |
   | For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $518,336.73 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Excel Industries, Inc. | | Case number _(if known)_ | |

listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Kirkpatrick, Angelina, Trustee v. Excel Industries, Inc., a California Corporation LLT SB 2300067 | Commercial Unlawful Detainer | San Bernardino Superior Court 247 West 3rd Street San Bernardino, CA 92415 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Department of Treasury, Alcohol and Tobacco Tax and Trade Bureau N/A | Excise Tax | National Revenue Center 550 Main Street, Ste. 8970 Cincinnati, OH 45202-5215 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Department of the Treasury - Internal Revenue Service N/A | Tax Lien | Attn: C. A. Gonzalez 290 North D Street San Bernardino, CA 92401-1734 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Internal Revenue Service N/A | Tax Lien | Internal Revenue Service Attn: A. Escobar PO Box 145595, STOP 8420G Cincinnati, OH 45250-5585 | ☒ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Excel Industries, Inc. | Case number *(if known)* | |
|---|---|---|---|

☒ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Greenspoon Marder LLP<br>100 W. Cypress Creek Road<br>Fort Lauderdale, FL 33309 | | 5/23/2023 ($10,000), 5/24/2023 ($2500) | $12,500.00 |
|  | **Email or website address**<br>gmlaw.com | | | |
|  | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Excel Industries, Inc. | | Case number (if known) | |
| --- | --- | --- | --- | --- |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | Excel Manufacturing Inc., 2560 Outpost Dr. #1 Bullhead City, AZ 86430 | 4-15-2017 to 5-31-2023 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | Union Bank P.O. Box 60368 Phoenix, AZ 85082-0368 | XXXX-7185 | ☐ Checking ☒ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 12/14/2022 | $2.01 |

Debtor    Excel Industries, Inc.                                          Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | Union Bank<br>P.O. Box 60368<br>Phoenix, AZ 85082-0368 | XXXX-7094 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/9/2023 | $12.76 |
| 18.3. | Wells Fargo Bank<br>3289 Grand Ave.<br>Chino Hills, CA 91709 | XXXX-2601 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/31/2023 | $15.45 |
| 18.4. | Wells Fargo Bank<br>3289 Grand Ave.<br>Chino Hills, CA 91709 | XXXX-1936 | ☐ Checking<br>☒ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/31/23 | $7.15 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Corsair Electrical Connectors<br>17100 Murphy Ave.<br>Irvine, CA 92614 | 1601 Fremont Court<br>Ontario, CA 91761 | Metal Stamping Dyes, Tooling | $25,478.00 |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Excel Industries, Inc. | | Case number *(if known)* | |

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Rogers, Clem & Company<br>1067 Park View Dr.<br>Covina, CA 91724-3748 | 2000 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Excel Industries, Inc. | | Case number *(if known)* | |

---

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Larry D. Gilliam | 3675 Arvidson Court Chino, CA 91710 | President | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kathryn J. Gilliam | 3675 Arvidson Court Chino, CA 91710 | Secretary/Treasurer | 50% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Larry D. Gilliam 3675 Arvidson Court Chino, CA 91710 | $1,300.00 | 4/12/23 ($300.00), 4/18/23 ($1,000.00) | Loan repayments |
| | **Relationship to debtor** President | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    Excel Industries, Inc.            Case number *(if known)* _____

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ June 9, 2023 _____

_____    Larry D. Gilliam _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    President _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    Excel Industries, Inc.                         Case No. _____

                               Debtor(s)          Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ....................................................... $      12,500.00

   Prior to the filing of this statement I have received ...................................... $      12,500.00

   Balance Due............................................................................................ $        0.00

2. The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 9, 2023
_____
*Date*

Howard M. Ehrenberg
*Signature of Attorney*
Greenspoon Marder LLP
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (213) 626-2311   Fax: (954) 771-9264
Email: howard.ehrenberg@gmlaw.com
*Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Howard M. Ehrenberg (CA Bar No. 125527)<br>Greenspoon Marder LLP<br>a Florida limited liability partnership<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (213) 626-2311  Fax: (954) 771-9264<br>Email: howard.ehrenberg@gmlaw.com | |

☐ Debtor(s) appearing without an attorney
☒ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Excel Industries, Inc. | CASE NO.:<br><br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _3_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  June 9, 2023 _____     _____
                                                Signature of Debtor 1

Date: _____     _____
                                                Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____     _____
                                                Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                **F 1007-1.MAILING.LIST.VERIFICATION**

ADT
3140 S. Vaughn Way
Aurora, CO 80014


Cole Publishing
P.O. Box 2707
Eagle River, WI 54521


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


Corsair Electrical Connectors
17100 Murphy Avenue
Irvine, CA 92614


Department of the Treasury - IRS
Attn C. A. Gonzalez
290 North D Street
Ontario, CA 91761-8309


Employment Development Department
State of California P.O. Box 989150
West Sacramento, CA 95798-9150


Federal Express
3610 Hacks Cross Road
Memphis, TN 38125


Frontier
P.O. Box 740407
Cincinnati, OH 45274-0407

Internal Revenue Service
Attn A. Escobar
PO Box 145595, STOP 8420G
Cincinnati, OH 45250-5585


Johnny's Sport Shop
101 Boothe Drive
Eagle Lake, TX 77434


Kapitus Servicing, Inc.
Attn Thomas Robina
2500 Wilson Blvd. #350
Arlington, VA 22201


Larry R. Grossman
12471 Kokomo Ct
Victorville, CA 92392


Law Offices of Liddle & Liddle, APC
Attn Raymond Zakari
310 S. Vermont Ave
Glendora, CA 91741


Mosco Management Company
Attn Angelina Kirkpatrick
98 Vista Del Sol
Laguna Beach, CA 92651


Ontario Municipal Utilities Company
1333 S. Bon View Avenue
Ontario, CA 91761


Pendulum Finance
548 Market St #35697
San Francisco, CA 94104

San Bernardino County Fire Protection Di
157 W. 5th Street, 2nd FL
San Bernardino, CA 92415-0451


Southern California Edison
P.O. Box 300
Rosemead, CA 91772


Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756


Turner's Outdoorsman
1336 Alder Avenue
Rialto, CA 92376


U. S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935


United Security Systems inc.
8757 Lanyard Court, Ste. 100
Rancho Cucamonga, CA 91730


Uptime Electronics
2520 Pacific Park Dr.
Whittier, CA 90601